IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STELLA HALL                                                                    PLAINTIFF

v.                              No. 4:21-cv-257-DPM

ASBURY PARK APARTMENTS, LP and
ASBURY PARK APARTMENTS GP, LLC                      DEFENDANTS

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_4 January 2023_